```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

ROOSEVELT WEATHERSPOON, JR.                CIVIL ACTION

VERSUS                                     NO: 12-2998

MICHAEL J. ASTRUE, COMMISSIONER            SECTION: "J"(3)
OF SOCIAL SECURITY
ADMINISTRATION

## ORDER

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge **(Rec. Doc. 19)**, and the Plaintiff's failure to file any objections, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion herein.  Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Summary Judgment should be and hereby is **DENIED.**

**IT IS FURTHER ORDERED** that the Commissioner's Cross-Motion for Summary Judgment be **GRANTED.**

**IT IS FURTHER ORDERED** that Plaintiff's case is **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana this 30th day of September, 2013.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE